NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**VICTOR MANUEL CELORIO GARRIDO,**
*Appellant,*

**v.**

**BOB HOLT,**
*Appellee.*

———————————

2013-1194

———————————

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Reexamination No. 95/000,393.

———————————

**ON MOTION**

———————————

**O R D E R**

Bob Holt moves for a 14-day extension of time, until April, 12, 2013, to file his principal brief.  Victor Garrido opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

VICTOR GARRIDO v. BOB HOLT                                             2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27